RECEIVED
IN LAKE CHARLES, LA.

MAR -5 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HOWARD WILLIAMS | : | DOCKET NO. 2:11 CV 1826 |
| VS. | : | JUDGE MINALDI |
| JOE P. YOUNG | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the respondent's Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the petition for writ of *habeas corpus* is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ____ day of ___March___ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE